KAMALA D. HARRIS
Attorney General of California
DANIEL ROGERS
Deputy Attorney General
VINCENT P. LAPIETRA
Deputy Attorney General
State Bar No. 255985
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 738-9049
 Fax: (619) 645-2044
 E-mail: Vincent.LaPietra@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEMETRIUS SISSAC,** <br><br> Petitioner, <br><br> v. <br><br> **W.L. MONTGOMERY, Warden,** <br><br> Respondents. | 16cv02287-BAS (JLB) <br><br> **NOTICE OF APPEARANCE** |

The California Attorney General, counsel for W.L. Montgomery, Warden, hereby files this Notice of Appearance to inform the Court of assigned counsel for Respondent in this proceeding.

1

Notice of Appearance  (16cv02287-BAS (JLB))

1       Respondent hereby notifies the Court that the attorney with principal charge of

2 the case is as follows:

3     Vincent P. LaPietra, Deputy Attorney General
    600 West Broadway, Suite 1800
4     San Diego, CA 92101
    P.O. Box 85266
5     San Diego, CA 92186-5266
    Telephone: (619) 738-9049
6     Fax: (619) 645-2044
    E-mail: Vincent.LaPietra@doj.ca.gov

9 Dated: September 29, 2016             Respectfully submitted,

10                                                KAMALA D. HARRIS
                                               Attorney General of California
11                                                DANIEL ROGERS
                                               Deputy Attorney General

13                                                ***/s/ Vincent P. LaPietra***
14                                                VINCENT P. LAPIETRA
                                               Deputy Attorney General
15                                                *Attorneys for Respondent*

16 SD2016800749
71240271.doc

# CERTIFICATE OF SERVICE

Case Name:  **Sissac v. Montgomery**          No.  **16cv02287-BAS (JLB)**

I hereby certify that on September 29, 2016, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF APPEARANCE**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On September 29, 2016, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Demetrius Sissac**
**#AR3472**
**Calipatria State Prison**
**P.O. Box 5002**
**Calipatria, CA  92233**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 29, 2016, at San Diego, California.

|  B. Romero  |  *B. Romero* (signature)  |
|  Declarant  |  Signature  |

SD2016800749
71240274.doc71240274.doc