# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS SISSAC , | NOTICE OF INTENT TO PROCEED BEFORE UNITED STATES DISTRICT JUDGE |
| Plaintiff(s), | |
| v. | |
| W.L. MONTGOMERY | CASE NUMBER: 16-2287 BAS (JLB) |
| , | |
| Defendant(s). | |

## NOTICE OF INTENT TO PROCEED BEFORE DISTRICT JUDGE

In accordance with the provisions of 28 U.S.C. 636(b), (c) and FRCP 73, the parties in this case hereby request that a United States District Judge be assigned to this case.

| Signatures | Date |
|---|---|
| /s/ Vincent P. LaPietra | 09/29/2016 |
| | |
| | |
| | |

# CERTIFICATE OF SERVICE

Case Name:  **Sissac v. Montgomery**          No.   **16cv02287-BAS (JLB)**

I hereby certify that on September 29, 2016, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF INTENT TO PROCEED BEFORE U.S. DISTRICT JUDGE**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On September 29, 2016, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Demetrius Sissac**
**#AR3472**
**Calipatria State Prison**
**P.O. Box 5002**
**Calipatria, CA  92233**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 29, 2016, at San Diego, California.

|  B. Romero  |  *B. Romero*  |
|:---:|:---:|
| Declarant | Signature |

SD2016800749
71240274.doc71240274.doc