KAMALA D. HARRIS
Attorney General of California
KEVIN VIENNA
Deputy Attorney General
VINCENT P. LAPIETRA
Deputy Attorney General
State Bar No. 255985
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone:  (619) 738-9049
 Fax:  (619) 645-2044
 E-mail:  Vincent.LaPietra@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEMETRIUS SISSAC,**<br><br>Petitioner,<br><br>v.<br><br>**W.L. MONTGOMERY, Warden,**<br><br>Respondents. | 16cv02287-BAS (JLB)<br><br>**ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS**<br><br>Judge:   The Honorable Jill L. Burkhardt |

Pursuant to this Court's Order, Respondent respectfully submits the instant Answer to the Petition for Writ of Habeas Corpus in accordance with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Court.

Respondent denies all allegations contained in the Petition that Petitioner's custody is unlawful and makes the following assertions:

**I**

Petitioner Demetrius Sissac is serving an total indeterminate term of forty years to life following his state-court conviction for second degree murder with a firearm.

## II

The Petition is wholly unexhausted. Sissac has never presented his claims to the California Supreme Court. He may still do so via a petition for writ of habeas corpus.

## III

The Petition is subject to the relitigation bar of 28 U.S.C. § 2254, which precludes federal relief when, as here, the state courts reasonably rejected the claims on the merits.

## IV

Relevant state court records will be lodged in support of this Answer under a separate Notice of Lodgment.

## V

Sissac is not entitled to an evidentiary hearing to resolve the claims. 28 U.S.C. § 2254(e)(2); *Cullen v. Pinholster*, 563 U.S. 170, 181-82 (2011) (limiting review to the record that existed before the state court).

## VI

The relevant facts and procedural history are set forth in the accompanying Memorandum of Points and Authorities, which is incorporated herein by this reference. Except as expressly admitted herein or in the Memorandum of Points and Authorities, Respondent denies that Sissac's constitutional rights have been violated in any way.

Dated: November 29, 2016

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
KEVIN VIENNA
Deputy Attorney General

*/s/ Vincent P. LaPietra*
VINCENT P. LAPIETRA
Deputy Attorney General
*Attorneys for Respondent*

# CERTIFICATE OF SERVICE

Case Name:   **Sissac v. Montgomery**          No.   **16cv02287-BAS (JLB)**

I hereby certify that on <u>November 29, 2016</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>November 29, 2016</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Demetrius Sissac**
**#AR3472**
**Calipatria State Prison**
**P.O. Box 5002**
**Calipatria, CA  92233**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>November 29, 2016</u>, at San Diego, California.

|     B. Romero     |     *B. Romero*     |
| :---: | :---: |
| Declarant | Signature |

SD2016800749
71257240.doc71257240.doc