```
1  Demetrius Sissac
   CDCR/AR3472
2  RJ Donovan Correctional Facility
   480 Alta Road
3  San Diego, CA 92179
4
```



FILED
Dec 15 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ nataliep  DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Demetrius Sissac,
    Petitioner,

V.

Daniel Paramo,
    Respondent,

Case No.: 16-2287 BAS(JLB)

NOTICE OF CHANGED ADDRESS

The Honorable Jill L. Burkhardt
United States Magistrate Judge

Comes now Petitioner, Demetrius Sissac to inform the court of a change of address. I am no longer at Calipatria State Prison and am now at RJ Donovan Correctional Facility 480 Alta Road San Diego, CA 92179 Yard:A Building:3 Cell:121. Thank you.

Respectfully Submitted
Demetrius Sissac
In Pro Per

## VERIFICATION

STATE OF CALIFORNIA
COUNTY OF _____

(C.C.P. SEC. 445 & 2015; 28 U.S.C. SEC.1746)

I, **Demetrius Sissac** DECLARE UNDER THE PENALTY OF PERJURY THAT: I AM THE **Petitioner** IN THE ABOVE ENTITLED ACTION; I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE

EXECUTED THIS **12th** DAY OF **December, 2016** AT RICHARD J. DONOVAN CORRECTIONAL FACILITY, SAN DIEGO, CALIFORNIA 92179

(SIGNATURE) _____
(DECLARANT/PRISONER)

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC. 1013(a) & 2015.5; 28 U.S.C. SEC. 1746)

I, **Demetrius Sissac**, AM A RESIDENT OF RICHARD J. DONOVAN CORRECTIONAL FACILITY, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA AND OVER THE AGE OF 18 YEARS OF AGE AND AM A PARTY OF THE ABOVE ENTITLED ACTION. MY CORRECTIONAL FACILITY ADDRESS IS: 480 ALTA ROAD, SAN DIEGO, CALIFORNIA 92179

ON **December 12, 2016** I SERVED THE FOREGOING: **Notice of Changed Address**

(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)
ON THE PARTY(S) HEREIN BY PLACING A TRUE COPY(S) THEREOF, ENCLOSED IN A SEALED ENVELOPE(S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED A RICHARD J. DONOVAN CORRECTIONAL FACILITY, SAN DIEGO, CALIFORNIA 92179

United States District Court
Southern District of California
Clerk of the Court
333 West Broadway
San Diego, CA 92101

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: **December 12, 2016** . **Demetrius Sissac**
(DELCARANT/ PRISONER)

Demetrius Sissac - AR34722
A3/121
RJ Donovan Correctional Facility
480 Alta Road
San Diego, CA 92179

United States District Court
Southern District of California
Office of the Clerk
333 West Broadway Suite 4170
San Diego, CA 92101

California Department of
Corrections and Rehabilitation

Confidential
Legal Mail

