Demetrius SISSAC
CDCR /AR3472
RJ Donovan Correctional Facility
480 Alta Road
San Diego, CA 92179

**FILED**
Dec 19 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ nataliep    DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Demetrius Sissac,
    Petitioner,

v.

Daniel Paramo,
    Respondent,

Case No.: 16-2287 BAS (JLB)

NOTICE OF MOTION;

MOTION FOR EXTENSION OF TIME

TO REPLY TO RESPONDENT'S RESPONSE

The Honorable Jill L. Burkhardt
United States Magistrate Judge

Comes now Petitioner, Demetrius Sissac moves this court for an 'Order' granting him an Extension of Time of 30 days to reply to Respondent's response per this court's order dated September 26, 2016.

    The reasons for an extension of time request is set forth in this motion and Declaration attached.

"Declaration"

I, Demetrius Sissac declare under the penalty of perjury the following;

1.) I am Petitioner in this matter,

2.) Petitioner has been transferred to a new prison,

3.) Petitioner has yet to receive a response from Respondent due to re-route in his mail,

4.) Petitioner will need adequate time to reply to Respondent when he receives Respondent's response,

5.) Petitioner has limited access to Law Library,

6.) Additional time will be needed for legal research,

7.) All matters mentioned in this motion are true and correct,

8.) This motion is made for 'good cause.'

I, Petitioner further declare under penalty of perjury that the foregoing is true and correct.

Executed this 15, day of December 2016 at RJ Donovan Correctional Facility, 480 Alta Road San Diego, CA 92179.

Respectfully Submitted
Demetrius Sissac

In Pro Per

Currently Petitioner's deadline to file a traverse is due on or before January 2, 2017 and his deadline to file his opposition to Respondent's motion to dismiss (if Respondent chooses to file one) is due no later than January 3, 2017 per this court's order dated September 26, 2016. Petitioner requests that he be granted an additional 30 days to respond, making his new deadline to file a traverse on ~~Februrary~~ February 2, 2017 and to file an opposition to a motion to dismiss on February 3, 2017 depending on how Respondent chooses to respond.

This motion is made for 'good cause' as set forth in the attached Declaration.

Dated: December 15, 2016

                                      Respectfully Submitted
                                      Demetrius Sissac
                                      In Pro Per

## VERIFCATION

STATE OF CALIFORNIA )

COUNTY OF SAN DIEGO )

(C.C.P. SEC., 445 & 2015; 28 U.S.C. SEC., 1746)

I, **Demetrius Sissac** DECLARE UNDER PENALTY OF PERJURY THAT I AM THE **Petitioner** IN THE ABOVE ENTITLE ACTION I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS. I BELIEVE THEM TO BE TRUE

EXECUTED THIS **15** DAY OF **December**, **2016** AT RICHARD J. DONOVAN CORRECTIONAL FACILITY, SAN DIEGO, CALIFORNIA 92179

SIGNATURE _[signature]_
(DECLARANT/PRISONER)

---

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC., 1013(a) & 2015.5; 28 U.S.C. SEC., 1746)

I, **Demetrius Sissac**, AM A RESIDENT OF RICHARD J. DONOVAN CORRECTIONAL FACILITY, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA AND OVER THE AGE OF 15 YEARS OF AGE AND AM NOT A PARTY OF THE ABOVE ENTITLED ACTION. MY CORRECTIONAL FACILITY ADDRESS IS 480 ALTA ROAD, SAN DIEGO, CALIFORNIA 92179

ON **December 15**, **2016** I, SERVED THE FOREGOING:

**Motion for Extension of Time to Reply to Respondent's Response**

(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY(S) HEREIN BY PLACING A TRUE COPY(S) THEREOF, ENCLOSED IN A SEALED ENVELOPE(S), WITH POSTAGE THEREON FULLY PAID IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT THE RICHARD J. DONOVAN CORRECTIONAL FACILITY, SAN DIEGO, CA. 92179

**United States District Court    Southern District of California**
**Office of the Clerk**
**333 West Broadway Suite 420**
**San Diego, CA 92101**

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

DATED: **December, 15, 2016**.        **Demetrius Sissac**
                                       (DECLARANT-PRISONER)



Demetrius Sissac  AR3472
A3/121
RJ Donovan Correctional Facility
480 Alta Road
San Diego, CA 92179

SAN DIEGO CA 920
16 DEC 2016 PM 10 L

United States District Court
Southern District of California
Office of the Clerk  Suite 420
333 West Broadway
San Diego, CA 92101

Legal Mail

