KAMALA D. HARRIS
Attorney General of California
DANIEL ROGERS, ACTING
Supervising Deputy Attorney General
VINCENT P. LAPIETRA
Deputy Attorney General
State Bar No. 255985
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone:  (619) 738-9049
 Fax:  (619) 645-2044
 E-mail:  Vincent.LaPietra@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEMETRIUS SISSAC,** | 16cv02287-BAS (JLB) |
| Petitioner, | **REQUEST FOR RECONSIDERATION** |
| v. | |
| **W.L. MONTGOMERY, Warden,** | Judge:   The Honorable Jill L. Burkhardt |
| Respondents. | |

The State respectfully requests this Court reconsider the portion of its Order Granting Motion for Extension of Time (Doc. 11) directing the state to provide Petitioner Demetrius Sissac with a copy of the lodged documents.

Federal habeas petitioners acting in forma pauperis may obtain a free copy of the trial record only if the Court has certified that the petition is not frivolous and that there is a particularized need for the transcripts. 28 U.S.C. § 753(f); *United States v. MacCollom,* 426 U.S. 317, 323-30 (1976); *see also United States v. Van Poyck,* 980 F.Supp. 1108, 1111 fn. 2 (C.D.Cal. 1997). This principle has been

1

1  applied to cases brought by state prisoners under 28 U.S.C. § 2254. *Ruark v.*
2  *Gunter,* 958 F.2d 318, 319 (10th Cir.1992) ("an indigent § 2254 petitioner does not
3  have a constitutional right to access a free transcript in order to search for error.");
4  *Dunsmore v. Beard*, 2014 WL 7205659, at *4 (S.D.Cal. Dec. 17, 2014) (denying
5  motion for copy of lodgments).

6      The lodgments in this case consists largely of the trial record, for which there
7  appears no particularized need. Indeed, Sissac did not request the lodgments in his
8  motion for extension of time. (Doc. 10.) The lodged documents that are not part of
9  the trial record are Sissac's own state petitions and corresponding orders (copies of
10 which Sissac attached to his Petition). Because Sissac did not request a copy of the
11 lodgments, and because the lodgments do not appear necessary for Sissac to file his
12 traverse, the State respectfully requests this Court reconsider the portion of its
13 Order Granting Motion for Extension of Time directing the State to mail Sissac a
14 copy of the lodgments.

15     The State has mailed Sissac another copy of its Answer and accompanying
16 Memorandum of Points and Authorities.

18 Dated:  December 29, 2016        Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
DANIEL ROGERS, ACTING
Supervising Deputy Attorney General

***/s/ Vincent P. LaPietra***
VINCENT P. LAPIETRA
Deputy Attorney General
*Attorneys for Respondent*

25 SD2016800749
26 71268138.doc

# CERTIFICATE OF SERVICE

Case Name:  **Sissac v. Montgomery**          No.  **16cv02287-BAS (JLB)**

I hereby certify that on <u>December 29, 2016</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## REQUEST FOR RECONSIDERATION

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>December 29, 2016</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Demetrius Sissac
# AR3472
R.J. Donovan Correctional Facility
Yard A, Bldg. 3,  Cell 121
480 Alta Road
San Diego, CA  92179**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>December 29, 2016</u>, at San Diego, California.

|  B. Romero  |  *B. Romero* (Signature)  |
|---|---|
|  Declarant  |  Signature  |

SD2016800749
71268295.doc71268295.doc