1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEMETRIUS SISSAC, | Case No.: 16-cv-2287 BAS (JLB) |
| Petitioner, | **ORDER GRANTING REQUEST FOR** |
| v. | **RECONSIDERATION** |
| W.L. MONTGOMERY, Warden, | **[ECF No. 12]** |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.  On November 29, 2016, Respondent filed an answer to the Petition and lodged with the Court all records bearing on the merits of Petitioner's claims.  (ECF Nos. 7 and 8.)  On December 19, 2016, Petitioner filed a motion seeking a 30-day extension of time to file a traverse.  (ECF No. 10.)  For good cause shown, the Court granted Petitioner's motion for an extension of time. (ECF No. 11.)  Further, because Petitioner represented that as of December 15, 2016, he had not yet received any response to his petition, the Court ordered Respondent to cause its November 29, 2016 answer and lodgments to be mailed to Petitioner's address of record in this case. (*Id.*)

Before the Court is Respondent's request for reconsideration of the portion of the Court's December 28, 2016 order that requires him to mail Petitioner a copy of the lodged

documents.[1]  (ECF No. 12.)  Respondent argues that Petitioner did not request a copy of the lodgments and the lodgments do not appear necessary for Petitioner to file his traverse. (*Id.* at 2.)  Respondent points out that the lodgments consist entirely of the trial record (the Clerk's Transcript and the Reporter's Transcript) and Petitioner's state petitions and corresponding orders.  (*Id.*)  The Court notes that Petitioner's petition is replete with specific citations to the Reporter's Transcript and also contains at least one specific citation to the Clerk's Transcript, indicating he has a copy of both the Reporter's Transcript and the Clerk's Transcript.

Respondent's request for reconsideration of that portion of the Court's December 28, 2016 order requiring him to mail Petitioner a copy of the lodged documents is **GRANTED**.

**IT IS SO ORDERED.**

Dated:  December 30, 2016

Hon. Jill L. Burkhardt
United States Magistrate Judge

---

[1]  Respondent represents that he already complied with the portion of the Court's order requiring him to mail Petitioner another copy of his Answer and accompanying Memorandum of Points and Authorities.  (ECF No. 12 at 2.)