**FILED**

Jan 19 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY         s/ RhondaU         DEPUTY

To the Clerk of the office:

My name is Demetrius Sissac, I am the petitioner in case no.: 16 cv 02287-BAS (JLB) in the United States District Court Southern District of California. As of right now I have a February 2 deadline to file a traverse in response to the Attorney General's answer to my writ of habeas corpus. It was brought up in her answer that I had not wholly exhausted my issues in my petition through the California Supreme Court. I would like a stay of abayence to stop the actions I'm taking in the District Court to go back down to the California Supreme Court and exhaust these issues. If this is not a sufficient way to request this action I have enclosed a self addressed stamped envelope and I would appreciate if you could send me the official form because the law library here lacks those type of forms. I appreciate your time and will be waiting on your response.

    Respectfully

        Demetrius Sissac

Demetrius Sissac AR34172
A3/12
R.J. Donovan Correctional Facility
480 Alta Road
San Diego, CA 92179

United States District Court
Southern District of California
Office of the Clerk
333 West Broadway, Suite 420
San Diego, CA 92101

JAN 19 2017

California Department of
Corrections and Rehabilitation

Earthwise