# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

<u>Case Name:</u>   **Sissac v. Montgomery**       <u>Case No.:</u>   **16-cv-02287-BAS-JLB**

<u>Hon. Jill L. Burkhardt</u>   <u>Ct. Deputy Roi-Ann Bressi</u>   <u>Rptr. Tape:  n/a</u>

On January 19, 2017, Petitioner filed a motion for stay and abeyance.  (ECF No. 14.)  IT IS HEREBY ORDERED that Respondent shall file his response to the motion on or before **<u>January 30, 2017</u>**.  The Court will take the motion under submission pursuant to Civil Local Rule 7.1(d)(1).  No oral argument or personal appearances shall be made concerning Petitioner's motion unless otherwise ordered.

Date:  January 23, 2017                                    Initials:  lc2