# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO: ☐ U.S. DISTRICT JUDGE  /  ☒ U.S. MAGISTRATE JUDGE    Hon. Jill L. Burkhardt

| FROM:  N. Peltier, Deputy Clerk | RECEIVED DATE:  February 3, 2017 |
|---|---|
| CASE NO.  16-cv-02287-BAS-JLB | DOC FILED BY:  Demetrius Sissac |
| CASE TITLE:  Sissac v. Montgomery | |
| DOCUMENT ENTITLED:  Response to Respondent Opposition to Motion for Stay and Abeyance | |

Upon the submission of the attached document(s), the following discrepancies are noted:

OTHER: No provision for acceptance. Per Minute Order filed on 1/23/2017 (Doc. No. 15), "Respondent shall file his response to the motion on or before January 30, 2017. The Court will take the motion under submission pursuant to Civil Local Rule 7.1(d)(1)."

Date Forwarded:  February 8, 2017

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☒ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate?  ☐ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date:  February 10, 2017          CHAMBERS OF:  Hon. Jill L. Burkhardt

cc: All Parties                   By:  lc2