NUNC PRO TUNC
2/3/2017

Demetrius Sissac, AR3472
Richard J. Donovan Correctional Facility
480 Alta Road
San Diego, C.A, 92179


FILED
Feb 10 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ kims    DEPUTY

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Demetrius Sissac,
    petitioner,

V.

Daniel Paramo, warden,
    respondent,

CV-16-02287 BAS (JLB)
RESPONSE TO RESPONDENT
OPPOSITION TO MOTION FOR
STAY AND ABEYANCE

To The Honorable Jill L. Burkhardt

  Respondent has filed his Opposition to my motion for a Stay and Abeyance claiming 'good cause' was not shown. It is true a petition for Writ of Habeas Corpus was filed seperately from an Appeal in the California Court of Appeal on my behalf. While these two motion were filed seperately, there was also a motion put in to consolidate the two cases and have them decided together. This motion for consolidation of the Appeal and Habeas Petition was denied. However, I never received the Court Order of the denial, therefore it was my assumption this whole time that my petition for review in the California Supreme Court applied to both my direct appeal, and my habeas petition.

  I filed the habeas petition in the United States District Court under the belief that my petition was fully exhausted and had not realized my error until after the respondent brought it up in his answer to my Petition for Writ of Habeas Corpus. I spoke with Counsel Raymond M. Diguiseppe state bar No: 228457 who was assigned to my appeal. He informed me that he had in

fact mailed the denial for consolidation in a timely matter to me, but that it might have been lost in the mail. This document has recently been mailed to me and there is no more confusion on this matter. (see attached document) I want to inform the court that in no way am I trying to use stall tactics and that I am ready for my habeas petition to be decided in the District Court. I am asking the Court to grant me a Stay and Abeyance so that I can fully exhaust these issues and have them decided. I believe my habeas petition does hold merit on account of it addresses my Sixth Amendment Right to Assistance of Counsel.

Petitioner Demetrius Sissac Respectfully ask's this court to grant his Stay and Abeyance.

Date: 2/1/17

Respectfully Submitted

_(signature)_

Demetrius Sissac

In Pro Per

COURT OF APPEAL, FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

Court of Appeal
Fourth Appellate District
**FILED ELECTRONICALLY**
03/03/2015
Kevin J. Lane, Clerk
By: Michael Hubbard

| | |
|---|---|
| In re DEMETRIUS SISSAC on Habeas Corpus. | D065927<br><br>(San Diego County<br>Super. Ct. No. SCE315928) |

THE COURT:

Demetrius Sissac's petition for writ of habeas corpus has been read and considered by Justices Nares, Haller, and McIntyre.[1]

Sissac's petition relates to the claims of prejudicial evidentiary error and ineffective assistance of counsel raised in his direct appeal. For reasons explained in our opinion in the direct appeal, we reject Sissac's claims.

The petition is denied, as is appellant's motion to consolidate the petition with the appeal.

NARES, Acting P. J.

---

1   By order dated June 16, 2014, this court directed that the petition be considered at the same time as the appeal in this matter (*People v. Sissac* (Mar. 3, 2015, D064910) [nonpub. opn.]). We take judicial notice of that appeal.

## VERIFICATION

STATE OF CALIFORNIA ]
COUNTY OF _____ ]

(C.C.P. SEC. 446 & 2015; 28 U.S.C. SEC.1746)

I, Demetrius Sissac, DECLARE UNDER THE PENALTY OF PERJURY THAT: I AM THE Petitioner IN THE ABOVE ENTITLED ACTION; I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE

EXECUTED THIS 1st DAY OF February, 2017 AT RICHARD J. DONOVAN CORRECTIONAL FACILITY, SAN DIEGO, CALIFORNIA 92179

(SIGNATURE) _____
(DECLARANT/PRISIONER)

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC. 1013(a) & 2015.5; 28 U.S.C. SEC. 1746)

I, Demetrius Sissac, AM A RESIDENT OF RICHARD J. DONOVAN CORRECTIONAL FACILITY, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA I AND OVER THE AGE OF 18 YEARS OF AGE AND AM A PARTY OF THE ABOVE ENTITLED ACTION. MY CORRECTIONAL FACILITY ADDRESS IS: 480 ALTA ROAD, SAN DIEGO, CALIFORNIA 92179

ON February 1st, 2017 I SERVED THE FOREGOING: Response To Respondents Opposition To Motion For Stay and Abeyance

(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)
ON THE PARTY(S) HEREIN BY PLACING A TRUE COPY(S) THEREOF, ENCLOSED IN A SEALED ENVELOPE(S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED A RICHARD J. DONOVAN CORRECTIONAL FACILITY, SAN DIEGO, CALIFORNIA 92179

United States District Court
Southern District of California
Office of the Clerk
333 West Broadway, Suite 420
San Diego, CA 92101

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: February 1st, 2017. _____
(DELCARANT/PRISIONER)



