UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Demetrius Sissac,<br><br>                     Petitioner,<br><br>v.<br><br>W.L. Montgomery,<br><br>                     Respondents. | Case No.: 16-cv-02287-BAS-JLB<br><br>**ORDER TO SHOW CAUSE WHY STAY SHOULD NOT BE VACATED AND SANCTIONS SHOULD NOT BE ISSUED**<br><br>[ECF No. 19] |

Petitioner Demetrius Sissac, a state prisoner proceeding *pro se* and *in forma pauperis*, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 ("Petition"), challenging his San Diego County Superior Court conviction of second degree murder with a firearm in case number SCE315928. (ECF No. 1 at 1; ECF No. 8-14 at 1-2.)[1] Respondent filed its Answer and Memorandum of Points and Authorities in Support of the Answer, arguing in part that the Petition should be dismissed for failure to exhaust. In response, Petitioner filed a motion seeking a stay and abeyance of the claims raised in the Petition to afford him time to exhaust his claims before the California Supreme Court ("Motion to Stay"). (ECF No. 14.) This Court issued an order granting the Motion to Stay on May 10, 2017. (ECF No. 19.)

---

[1] Page numbers for docketed materials cited herein refer to those imprinted by the court's electronic case filing system.

1

As part of its order granting the Motion to Stay, the Court instructed Petitioner that, "[n]o later than **June 9, 2017**, Petitioner must inform the Court of the status of the habeas proceedings before the California Supreme Court, including the date(s) his case(s) were filed, the case number(s), and any outcome(s)." (*Id.* at 6 (emphasis in original).) The Court also cautioned that, "[f]ailure to comply with these instructions and time allowances will result in this Court vacating the stay *nunc pro tunc* to the date of this order." (*Id.*) Petitioner failed to file a status report by June 9, 2017 or thereafter.

Accordingly, **IT IS HEREBY ORDERED** that Petitioner shall show cause in writing by **July 31, 2017** why the stay should not be vacated and why sanctions should not be imposed for failure to comply with the court-ordered deadline of June 9, 2017. **Petitioner shall comply with this order by filing a declaration informing the Court why he did not file a status report by June 9, 2017 and providing the Court with information concerning the status of any open habeas corpus proceedings before the California Supreme Court, including the date(s) his case(s) were filed, the case number(s), and any outcome(s).**

Dated: July 11, 2017

Hon. Jill L. Burkhardt
United States Magistrate Judge