JONATHAN B. JORDAN
Law Offices of Jonathan B. Jordan
State Bar No. 105815
2534 State Street, Suite 201
San Diego, CA 92103
T (619) 516-8149

Attorney for Respondent,

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEMETRIUS SISSAC,**<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>W.L MONTGOMERY, Warden,<br><br>　　　　　　Respondents, | 16cv02287-BAS (JLB)<br><br>**STATUS REPORT** |

　　　Pursuant to this Court's last ruling, regarding the issue of the Writ of Habeas Corpus and its lack of Finality in the Fourth District Court of Appeal, Defendant/Appellant have attached here a true and correct copy of the Fourth District Court of Appeal docket # D065927 regarding the final Disposition of Appeal.

　　　Therefore, it is submitted that the Writ of Habeas Corpus currently on file in this Honorable Court can be reviewed since now that the case is disposed of, the defendant has exhausted his state remedies.

Appellant/Defendant by and through his attorney hereby request that this court allow additional time within which to supplement the Writ filed by Appellant/Defendant earlier this year. It is submitted that Appellant was under a misapprehension as to what had occurred procedurally in his Appeal at the Fourth District. In a seemingly, somewhat desperate act while in his proper capacity, Defendant merely filed the same Writ that his Appellant Attorney had filed in the Fourth District in a bid to preserve Appellate issues which he believed would be lost if he did not comply with filing schedules.

Therefore it is requested that in light of the foregoing, 120 days be granted to Appellant and his newly retained Lawyer Mr. Jordan within which to research and explore constitutional issues which may or may not have been addressed by former counsel. This request is not for the purpose of inappropriately delay or hindrance, but rather it is for the purpose of a more legal and more though out presentation to this Court as regards to the issues. It is also submitted that there is no prejudice in the granting of the request to the Office of the Attorney General.

Respectfully Submitted,

Dated: 7/27/17

Jonathan B. Jordan
Attorney for Demetrius Sissac

**EXHIBIT 1**

# Appellate Courts Case Information

**CALIFORNIA COURTS**
THE JUDICIAL BRANCH OF CALIFORNIA

4th Appellate District Division 1

Change court

*Court data last updated: 07/27/2017 01:20 PM*

### Disposition

In re DEMETRIUS SISSAC on Habeas Corpus
Case Number **D065927**

| Description: | Petition summarily denied by order |
|---|---|
| Date: | 03/03/2015 |
| Disposition Type: | Final |
| Publication Status: | |
| Author: | |
| Participants: | |
| Case Citation: | none |

**Click here** to request automatic e-mail notifications about this case.

Careers | Contact Us | Accessibility | Public Access to Records | Terms of Use | Privacy   © 2017
Judicial Council of California

# STATE OF CALIFORNIA

I, <u>Zulamita Flores</u>, declare:

I am a citizen of the United States, a resident of <u>San Diego</u> County, and am over 18 years of age. I am not a party to the within-entitled action. My business/residence address is <u>2534 State Street Suite 201, San Diego,</u> California. On <u>July 26, 2017</u>, I served a copy of the attached <u>Status Report</u> in this action by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at <u>San Diego</u>, California, addressed as follows:

I declare, under penalty of perjury, that the foregoing is true and correct.

Date <u>7/27/17</u>

<u>[signature]</u>
Signature of Declarant

<u>Zulamita Flores</u>
Type or Print Full Name of Declarant