**JONATHAN B. JORDAN**
Law Offices of Jonathan B. Jordan
State Bar No. 105815
2534 State Street, Suite 201
San Diego, CA 92103
T (619) 516-8149

Attorney for Respondent,

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OFCALIFORNIA

| | |
|---|---|
| **DEMETRIUS SISSAC,**<br><br>　　　　　　　Petitioner,<br><br>v.<br><br>W.L MONTGOMERY, Warden,<br><br>　　　　　　　Respondents, | 16cv02287-BAS (JLB)<br><br>**NOTICE OF APPEARANCE** |

　　　The California Attorney General, counsel for W.L. Montgomery, Warden, hereby files this Notice of Appearance to inform the Court of assigned counsel for Respondent in this proceeding.

- 1 -
NOTICE OF APPEARANCE

1
2    Respondent hereby notifies the Court that the attorney with principal charge of the
3    case is as follows:
4
5
6    Law Office of Jonathan B. Jordan
     2534 State Street Suite 201
7    San Diego, CA 92101
     (619)513-2628
8    E-mail: attorneyjjordan@aol.com
9
10
11                                              Respectfully Submitted,
12
13   Dated: 7/27/17
14                                              _____
                                                Jonathan B. Jordan
15                                              Attorney for Demetrius Sissac
16
17
18
19
20
21
22
23
24
25
26
27
28

# STATE OF CALIFORNIA

I, <u>Zulamita Flores</u>, declare:

I am a citizen of the United States, a resident of <u>San Diego</u> County, and am over 18 years of age. I am not a party to the within-entitled action. My business/residence address is <u>2534 State Street Suite 201, San Diego,</u> California. On <u>July 26, 2017</u>, I served a copy of the attached <u>Notice of appear</u> in this action by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at <u>San diego</u>, California, addressed as follows:

I declare, under penalty of perjury, that the foregoing is true and correct.

Date 7/27/17

_____
Signature of Declarant

Zulamita Flores
Type or Print Full Name of Declarant