UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Demetrius Sissac,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>W.L. Montgomery,<br><br>　　　　　　　　　　Respondents. | Case No.: 16-cv-02287-BAS-JLB<br><br>**ORDER: (1) VACATING THE STAY; (2) RULING ON THE ORDER TO SHOW CAUSE; AND (3) SETTING DEADLINE TO FILE A MOTION TO AMEND**<br><br>[ECF No. 20] |

　　　　Petitioner Demetrius Sissac, a state prisoner then-proceeding *pro se* and *in forma pauperis*, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 ("Petition"), challenging his San Diego County Superior Court conviction of second degree murder with a firearm in case number SCE315928. (ECF No. 1 at 1; ECF No. 8-14 at 1-2.)[1] Respondent filed his Answer and Memorandum of Points and Authorities in Support of the Answer, arguing in part that the Petition should be dismissed for failure to exhaust. In response, Petitioner filed a motion seeking a stay and abeyance of the claims raised in the Petition to afford him time to exhaust his claims before the California Supreme Court ("Motion to Stay"). (ECF No. 14.)  On May 10, 2017, the Court granted the Motion to

---

[1] Page numbers for docketed materials cited herein refer to those imprinted by the court's electronic case filing system.

Stay and ordered Petitioner to file a status report by June 9, 2017. (ECF No. 19.) Petitioner did not file a status report by the June 9, 2017 deadline.

Because Petitioner failed to file a status report, the Court issued an Order to Show Cause Why the Stay Should not be Vacated and Sanctions Should not be Issued. (ECF No. 20.) The Court ordered Petitioner to file a declaration by July 31, 2017 informing the Court why he did not file a status report by June 9, 2017 and providing the Court with information concerning the status of any open habeas corpus proceedings before the California Supreme Court. (*Id*.) On July 28, 2017, attorney Jonathan B. Jordan filed a Notice of Appearance as counsel for Petitioner (ECF No. 22) and a Status Report on Petitioner's behalf (ECF No. 21).

Having reviewed the Status Report, the Court finds that a stay of the Petition is no longer appropriate. Therefore, **IT IS HEREBY ORDERED** that:

1. The stay in the case is **VACATED**;

2. Any motion seeking to amend the Petition shall be filed before, and pursuant to the chambers rules of, the assigned district judge no later than **September 8, 2017**. A request by a party for an extension of time of any deadline must be made 10 calendar days in advance of the deadline(s) at issue, and the Court will grant such a request only upon a showing of good cause. Any such request must be filed as a motion and accompanied by a declaration under penalty of perjury explaining why an extension of time is necessary.

3. Unless otherwise ordered by the Court, this case will be deemed submitted on September 8, 2017.

Dated:  August 15, 2017

Hon. Jill L. Burkhardt
United States Magistrate Judge