JONATHAN B. JORDAN, CSBN 105815
Law Offices of Jonathan B. Jordan
2534 State Street, Suite 201
San Diego, CA 92103
T (619) 516-8149

Attorney for Petitioner

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS SISSAC,<br><br>    Petitioner,<br><br>v.<br><br>W.L. MONTGOMERY, Warden,<br><br>    Respondents. | Case No: 16-cv-02287-BAS (JLB)<br><br>REQUEST FOR EXTENSION OF TIME TO FILE MOTION TO AMEND PETITION AND ORDER |

**PETITIONER'S REQUEST FOR 60-DAY EXTENSION OF TIME TO FILE MOTION TO AMEND PETITION**

TO THE HONORABLE JILL L. BURKHARDT, MAGISTRATE FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

    COMES NOW, pursuant to Fed. R. Civ. P. Rule 6(b)(1)(A), Petitioner Demetrius Sissac ("Mr. Sissac") hereby files this request for a 60-day extension of the deadline to file his motion to amend the petition in the above captioned matter.

    The current deadline for the motion to amend the petition is currently September 8, 2017. (Dkt. No. 23). Petitioner is currently incarcerated and the bulk of the correspondence between Mr. Sissac and counsel undersigned is via mail. Counsel has just received a great deal of documentation from Mr. Sissac and will need time to review all the documentation and the prior record of proceedings to appropriately evaluate and request a motion to amend the petition in this case.

- 1 -
POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO REDUCE TO MISDEMEANOR PURSUANT TO PLEA AGREEMENT

Montgomery cannot demonstrate any prejudice that would be suffered from the 60-day extension. For the foregoing reasons, Mr. Sissac believes good cause has been shown for the 60-day extension and respectfully requests that the Court grant this request.

Dated: August 25, 2017              Respectfully submitted,

<u>s/ Jonathan B. Jordan</u>

Jonathan B. Jordan
 Attorney for Petitioner

## ORDER

It is hereby ordered that the Court grants the Petitioner's Request to Extend the Deadline to file Motion to Amend the Petition. The motion to amend the petition is due on _____, 2017.

_____
JILL L. BURKHARDT, MAGISTRATE

- 2 -
POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO REDUCE TO MISDEMEANOR PURSUANT TO PLEA AGREEMENT

|  |  |
|---|---|
| 1 | CERTIFICATE OF SERVICE FORM |
| 2 | FOR ELECTRONIC FILINGS |

I hereby certify that on 8/28/2017 electronically filed the foregoing document with the United States District Court – Southern District of California by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

**Attorney General**: docketingsdawt@doj.ca.gov

**Vincent Paul LaPietra**: vincent.lapietra@doj.ca.gov, blanca.romero@doj.ca.gov, docketingsdawt@doj.ca.gov

s/ Jonathan B. Jordan

- 3 -
POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO REDUCE TO MISDEMEANOR PURSUANT TO PLEA AGREEMENT