UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Demetrius Sissac,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>W.L. Montgomery,<br><br>　　　　　　　　　　Respondents. | Case No.: 16-cv-02287-BAS-JLB<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE MOTION TO AMEND PETITION**<br><br>[ECF No. 24] |

　　　　Before the Court is Petitioner Demetrius Sissac's unopposed motion requesting a 60-day extension of time to file a motion to amend the Petition. (ECF No. 24.) Good cause appearing, the Court **GRANTS** this motion to the extent that **IT IS HEREBY ORDERED**:

　　　　1.　　Any motion seeking to amend the Petition shall be filed before, and pursuant to the chambers rules of, the assigned district judge no later than **November 3, 2017**. A request by a party for an extension of time of any deadline must be made 10 calendar days in advance of the deadline(s) at issue, and the Court will grant such a request only upon a showing of good cause. Any such request must be filed as a motion and accompanied by a declaration under penalty of perjury explaining why an extension of time is necessary.

　　　　3.　　Unless otherwise ordered by the Court, this case will be deemed submitted on November 3, 2017.

Dated: August 30, 2017

　　　　　　　　　　　　　　　　　　　　　　*Jill Burkhardt*
　　　　　　　　　　　　　　　　　　　　Hon. Jill L. Burkhardt
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge