JONATHAN B. JORDAN, CSBN 105815
Law Offices of Jonathan B. Jordan
2534 State Street, Suite 201
San Diego, CA 92103
T (619) 516-8149

Attorney for Petitioner

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS SISSAC,<br><br>    Petitioner,<br><br>    v.<br><br>W.L. MONTGOMERY, Warden,<br><br>    Respondents. | Case No: 16-cv-02287-BAS (JLB)<br><br>REQUEST FOR ADDITIONAL EXTENSION OF TIME TO FILE MOTION TO AMEND PETITION |

**PETITIONER'S REQUEST FOR ADDITIONAL 90-DAY EXTENSION OF TIME TO FILE MOTION TO AMEND PETITION**

TO THE HONORABLE JILL L. BURKHARDT, MAGISTRATE FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

COMES NOW, pursuant to Fed. R. Civ. P. Rule 6(b)(1)(A), Petitioner Demetrius Sissac ("Mr. Sissac") hereby files this request for an additional 90-day extension of the deadline to file his motion to amend the petition in the above captioned matter.

The current deadline for the motion to amend the petition is currently November 3, 2017. Petitioner is currently incarcerated and the bulk of the correspondence between Mr. Sissac and counsel undersigned is via mail. The former request for an extension was based upon the receipt of the trial pleadings and accompanying documents. On October 3, 2017, this office received another approximately 500 pages of documentation. A proper evaluation cannot be done by November 3, 2017, therefore it is

requested that a 90 day extension be granted so as to thoroughly review and organize approximately 2000 pages of documentation.

Montgomery cannot demonstrate any prejudice that would be suffered from the additional 90-day extension. For the foregoing reasons, Mr. Sissac believes good cause has been shown for the additional 90-day extension and respectfully requests that the Court grant this request.

Dated: October 26, 2017          Respectfully submitted,

                                 s/ Jonathan B. Jordan

                                 Jonathan B. Jordan
                                  Attorney for Petitioner

CERTIFICATE OF SERVICE FORM
FOR ELECTRONIC FILINGS

I hereby certify that on 10/26/2017 electronically filed the foregoing document with the United States District Court – Southern District of California by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

**Attorney General**: docketingsdawt@doj.ca.gov

**Vincent Paul LaPietra**: vincent.lapietra@doj.ca.gov, blanca.romero@doj.ca.gov, docketingsdawt@doj.ca.gov

s/ Jonathan B. Jordan