UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Demetrius Sissac,<br><br>                      Petitioner,<br><br>v.<br><br>W.L. Montgomery,<br><br>                      Respondent. | Case No.: 16-cv-02287-BAS-JLB<br><br>**ORDER GRANTING IN PART AND DENYING IN PART REQUEST FOR ADDITIONAL EXTENSION OF TIME TO FILE MOTION TO AMEND PETITION**<br><br>[ECF No. 26] |

Before the Court is Petitioner Demetrius Sissac's unopposed motion requesting a 90-day extension of time to file a motion to amend the Petition. (ECF No. 26.) Good cause appearing for an extension of time, but not for the 90-day extension of time requested, the Court **GRANTS IN PART AND DENIES IN PART** this motion to the extent that **IT IS HEREBY ORDERED**:

    1.    Any motion seeking to amend the Petition shall be filed before, and pursuant to the chambers rules of, the assigned district judge no later than **December 22, 2017**. The Court cautions Petitioner that no further extensions of time will be granted absent extraordinary circumstances.

    2.    Unless otherwise ordered by the Court, this case will be deemed submitted on December 22, 2017.

Dated:  October 27, 2017

*Jill Burkhardt*
Hon. Jill L. Burkhardt
United States Magistrate Judge