CERTIFICATE OF SERVICE FORM
FOR ELECTRONIC FILINGS

I hereby certify that on December 21, 2017 electronically filed the foregoing document with the Southern District of California by using the ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the ECF system:

Respondent, vincent.lapietra@doj.ca.gov and docketingsdawt@doj.ca.gov

/s/ *Michelle Cameron-Hunsaker*