XAVIER BECERRA
Attorney General of California
DANIEL ROGERS
Supervising Deputy Attorney General
KEVIN VIENNA
Deputy Attorney General
VINCENT P. LAPIETRA
Deputy Attorney General
State Bar No. 255985
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (619) 738-9049
 Fax: (619) 645-2044
 E-mail:  Vincent.LaPietra@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEMETRIUS SISSAC,**<br><br>                          Petitioner,<br><br>          v.<br><br>**W.L. MONTGOMERY, Warden,**<br><br>                          Respondents. | 16cv02287-BAS (JLB)<br><br>**OPPOSITION TO MOTION TO AMEND PETITION FOR WRIT OF HABEAS CORPUS**<br><br>Judge: The Honorable Jill L. Burkhardt |

     This Court granted Petitioner Demetrius Sissac a stay so that he could exhaust the claims in his Petition. (Dkt. 19.) Sissac does not appear to have taken any action in the state courts. Nonetheless, he seeks to amend his Petition with additional arguments regarding the unexhausted claims. (Dkt. 28.) The Motion should be denied as futile because Sissac cannot receive relief for his unexhausted claims and because the Proposed Petition present no new facts, only new theories.

     As stated in the Memorandum of Points and Authorities filed in support of Answer to Petition for writ of habeas corpus (Dkt. 7-1), Sissac separately filed both

1

an appeal (Lod. 3) and a petition for writ of habeas corpus (Lod. 6) in the California Court of Appeal following his conviction for second-degree murder with a firearm. The appeal consisted of evidentiary-error claims. The habeas petition alleged that trial counsel was deficient for failing to object to the evidentiary-error claims made in the appeal. The appellate court denied Sissac's motion to consolidate the cases and issued separate disposition orders, affirming the judgment and denying habeas relief. (Lod. 5, 7.) Sissac filed a petition for review of the evidentiary-error claims he made on appeal. (Lod. 8.) He took no further action on the ineffective-assistance claims.

Sissac filed a Petition on his own behalf in September 2016, asserting ineffective-assistance of counsel. (Dkt. 1.) In its Answer, the state asserted that the Petition was wholly unexhausted. (Dkt. 7.) Sissac successfully moved to stay the Petition so he could exhaust the claims. (Dkt. 14, 19.) In so doing, he acknowledged that he understood that his claims were unexhausted. (Dkt. 18 at 1-2.) Yet he does not appear to have taken any action in the state courts. Instead, counsel for Sissac filed a Status Report on July 28, 2017, submitting that the claims were exhausted because the California Court of Appeal denied the state petition discussed above as Lodgment 6. (Dkt. 21.)

1 | Sissac moves to amend the petition with additional argument regarding the ineffective-assistance claims. (Dkt. 28.) The Proposed Petition states that Sissac's direct-appeal petition for review (Lod. 8) contained the ineffective-assistance claims for which he seeks federal habeas relief. (Dkt. 28-2 at 13-14 of 87.) It did not. The claims remain unexhausted. The Motion to Amend should be denied as futile because Sissac cannot receive relief for unexhausted claims and because the proposed petition does not present any new facts, only new theories. *See Bonin v. Calderon*, 59 F.3d 815, 845 (9th Cir. 1995).

Dated:  December 26, 2017

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
DANIEL ROGERS
Supervising Deputy Attorney General


*s/ Vincent P. Lapietra*
VINCENT P. LAPIETRA
Deputy Attorney General
*Attorneys for Respondent*

VPL:nr
SD2016800749
12905722.docx