# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS SISSAC,<br><br>                   Petitioner,<br><br>v.<br><br>W.L. MONTGOMERY,<br><br>                   Respondent. | Case No. 3:16-cv-02287-BAS-JLB<br><br>**ORDER:**<br><br>**(1) APPROVING AND ADOPTING REPORT AND RECOMMENDATION (ECF No. 30);**<br><br>**(2) GRANTING MOTION TO AMEND (ECF No. 28); AND**<br><br>**(3) DENYING WITHOUT LEAVE TO AMEND FIRST AMENDED PETITION** |

     Petitioner Demetrius Sissac, a state prisoner, proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, challenging his San Diego County Superior Court conviction for second degree murder. (ECF No. 1.)

     On December 28, 2017, Petitioner filed a motion to amend his petition along with a proposed First Amended Petition. (ECF No. 28; ECF No. 28-2.) On July 11, 2018, Magistrate Judge Jill Burkhardt considered this motion and issued a Report &

Recommendation ("R&R"). (ECF No. 30.) Judge Burkhardt recommends that this Court grant the motion to amend, adopt the proposed First Amended Petition as the operative pleading,[1] and deny the First Amended Petition. (*Id.*) The magistrate judge ordered that any objections to the R&R be filed no later than August 1, 2018, and that any replies to the objections be filed no later than August 10, 2018. (R&R at 68.) To date, Petitioner has not filed any objections or requests for additional time to do so.

The Court reviews *de novo* those portions of the R&R to which objections are made. 28 U.S.C. § 636(b)(1). The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.* But "[t]he statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (concluding that where no objections were filed, the district court had no obligation to review the magistrate judge's report). "Neither the Constitution nor the statute requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct." *Id.* "When no objections are filed, the de novo review is waived." *Marshall v. Astrue*, No. 08-cv-1735, 2010 WL 841252, at *1 (S.D. Cal. Mar. 10, 2010) (Lorenz, J.) (adopting report in its entirety without review because neither party filed objections to the report despite the opportunity to do so).

In this case, the deadline for filing objections was August 1, 2018. However, Petitioner has not filed any objections or requests for additional time to do so. Consequently, the Court may adopt the R&R on that basis alone. *See Reyna-Tapia*, 328

---

[1] Pursuant to Magistrate Judge Burkhardt's recommendation, the Answer already filed in this case would remain in place as the Answer to the First Amended Petition. (R&R at 23.) Judge Burkhardt recognized that the First Amended Petition does not raise any new claims. (*Id.*)

F.3d at 1121. Having nonetheless reviewed the R&R, the Court agrees with the R&R's recommendations. Additionally, though Magistrate Judge Burkhardt does not state whether to deny Petitioner's First Amended Petition with or without leave to amend,[2] the Court finds that granting the request without leave to amend is appropriate. Magistrate Judge Adler recommends denying the First Amended Petitions based on three incurable deficiencies: (1) "the state court adjudication of all claims, other than the ineffective assistance of counsel aspect of claim one, is objectively reasonable within the meaning of 28 U.S.C. § 2254(d)"; (2) "the alleged evidentiary errors are harmless"; and (3) "the ineffective assistance of counsel aspect of claim one fails under a de novo review." (R&R at 23-24.) Considering these grounds for dismissal, granting Petitioner leave to amend would be futile.

Accordingly, the Court hereby **APPROVES** and **ADOPTS** the R&R in its entirety. (ECF No. 13.) The Court therefore **GRANTS** the motion to amend (ECF No. 28), **ADOPTS** the proposed First Amended Petition as the operative pleading, and **DENIES WITHOUT LEAVE TO AMEND** the First Amended Petition.

IT IS SO ORDERED.

**DATED: August 15, 2018**

Hon. Cynthia Bashant
United States District Judge

---

[2] When analyzing the motion to amend, Judge Burkhardt does reason that allowing Petitioner to further amend his petition is not recommended because "it is clear that Petitioner is not entitled to federal habeas relief on any of his claims." (R&R at 23 n.1.)