

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Demetrius Sissac <br><br> **Plaintiff,** <br> V. <br><br> W. L. Montgomery <br><br><br> **Defendant.** | Civil Action No. __16cv2287-BAS(JLB)__ <br><br><br> **JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that the Court APPROVES and ADOPTS the Report and Recommendation in its entirety. Court GRANTS the motion to amend, ADOPTS the proposed First Amended Petition as the operative pleading, and DENIES WITHOUT LEAVE TO AMEND the First Amended Petition. Case is closed.

**Date:** _____8/15/18_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ 8/15/2018 _____

8/15/2018, Deputy