# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO:  ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. Cynthia Bashant

| | |
|---|---|
| FROM:  J. Simmons, Deputy Clerk | RECEIVED DATE:  February 10, 2021 |
| CASE NO.  16-cv-02287-BAS-JLB | DOC FILED BY:  Demetrius Sissac |
| CASE TITLE:  Sissac v. Montgomery | |
| DOCUMENT ENTITLED:  Letter | |

Upon the submission of the attached document(s), the following discrepancies are noted:

Case closed per Order dated 8/15/2018 (ECF 33)

Civ.L.Rule 83.9 – Parties to an action must refrain from writing ex parte letters to the judge.

Civ.L. Rule 83.3(g)(1) – Party represented by attorney "may not afterwards appear or act in the party's own behalf . . . unless an order of substitution has first been made by the court."

**Date Forwarded:   February 11, 2021**

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| ☐ | The document is to be filed nunc pro tunc to date received. |
| ☒ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate?  ☒ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date:  February 11, 2021          CHAMBERS OF:  The Honorable Cynthia Bashant

cc: All Parties          By: _Cynthia Bashant_